# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

United States of America
v.

Case No. **26-CR-163**

**Kyle J King**
*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Kyle J King**,
who is accused of an offense or violation on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Violation Notice ☐ Order of Court

This offense is briefly described as follows:
18:2113(a)-BANK ROBBERY BY FORCE OR VIOLENCE
18:2113(a)-BANK ROBBERY BY FORCE OR VIOLENCE

Date: 7/28/2026

s/ *Evan Romel*
*Issuing officer's signature*

City and State: Milwaukee, Wisconsin

LINDA KLEMM, Clerk, U.S. District Court
By: Evan Romel, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/28/2026, and the person was arrested on *(date)* 8/25/2026
at *(city and state)* Milwaukee WI.

Date: 8/25/2026

[signature]
*Arresting officer's signature*

DUSM Depies
*Printed name and title*